# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 29, 2007

134970

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

ARMOR TURNER,
      Defendant-Appellant.

_____/

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

SC: 134970
COA: 279618
Wayne CC: 06-006498-01

On order of the Court, the application for leave to appeal the September 5, 2007 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 29, 2007

Clerk

p1119